IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Del Webb Communities, Inc., | ) | Civil Action No.: 9:16-cv-01209-PMD |
| Plaintiff, | ) | |
| | ) | ANSWER OF RAMIRO RODRIGUEZ |
| vs. | ) | D/B/A RAM CONSTRUCTION |
| | ) | |
| American Home Assurance Co., et al., | ) | |
| Defendants. | ) | |

Defendant Ramiro Rodriguez d/b/a Ram Construction ("RAM"), responding to the Complaint of Del Webb Communities, Inc. ("Del Webb"), alleges and states as follows:

1.      RAM denies each and every allegation of the Complaint not specifically admitted herein.

2.      RAM is not required to respond to Paragraphs 1-3 of the Complaint, as the same are merely legal conclusions.

3.      RAM is without sufficient knowledge or information to form a belief as to the truth or falsity of Paragraphs 4-19 of the Complaint and, therefore, denies the same and demands strict proof thereof.

4.      Responding to Paragraph 20 of the Complaint, RAM admits that its principal place of business is Beaufort, South Carolina and that it entered a contract with Del Webb to perform certain work at the project which is the subject of this action (the "Project"). RAM denies said Paragraph to the extent it is inconsistent with this admission, and RAM denies that its work is the subject of any lawsuit against Del Webb.

5.     RAM is without sufficient knowledge or information to form a belief as to the truth or falsity of Paragraphs 21-33 of the Complaint and, therefore, denies the same and demands strict proof thereof.

6.     Responding to Paragraphs 34-41 of the Complaint, RAM craves reference to the lawsuit and claims referenced therein and denies any allegations in said Paragraphs which are inconsistent therewith.

7.     RAM is without sufficient knowledge or information to form a belief as to the truth or falsity of Paragraphs 42-43 of the Complaint and, therefore, denies the same and demands strict proof thereof.

## AS TO COUNTS ONE THROUGH TWENTY ONE

8.     RAM is not required to respond to Paragraphs 44-286 of the Complaint because they relate to entities unrelated and unknown to RAM and contain no allegations pertaining to RAM.

## AS TO COUNT TWENTY TWO

9.     RAM is not required to respond to Paragraph 287 of the Complaint.

10.     Responding to Paragraph 288 of the Complaint, RAM craves reference to the contents of the subcontract referenced therein and denies any allegations inconsistent therewith.

11.     RAM is without sufficient knowledge or information to form a belief as to the truth or falsity of Paragraphs 289-298 of the Complaint and, therefore, denies the same and demands strict proof thereof.

## AS TO COUNTS TWENTY THREE THROUGH TWENTY SEVEN

12.     RAM is not required to respond to Paragraphs 299-358 of the Complaint because they relate to entities unrelated and unknown to RAM and contain no allegations pertaining to RAM.

## FURTHER ANSWERING THE COMPLAINT AND
## AS AN AFFIRMATIVE DEFENSE THERETO
(Failure to State a Claim)

13. The Complaint fails to state any claim, demand, or cause of action of any kind against RAM upon which relief can be granted and, therefore, RAM should be dismissed from this action pursuant to Rule 12(b)(6), FRCP.

## FURTHER ANSWERING THE COMPLAINT AND
## AS AN AFFIRMATIVE DEFENSE THERETO
(Compliance with Subcontract)

14. To the extent the Complaint states any claim, demand, or cause of action of any kind against RAM upon which relief can be granted, RAM would assert that it fully performed and complied with all its obligations under any agreement it entered with Del Webb.

WHEREFORE, having fully answered the Complaint, RAM prays that the same be dismissed, that it be awarded costs and attorney's fees in the defense of this claim, and for such other and further relief as this Court deems just and proper.

ROBERTSON HOLLINGSWORTH & FLYNN, LLC
Wells Fargo Center
177 Meeting Street, Suite 300
Charleston, SC 29401
Phone: (843) 723-6470
Fax: (843) 853-9045
Email: ddh@roblaw.net


BY: s/DUNN D. HOLLINGSWORTH
    Dunn D. Hollingsworth (Fed ID #5918)
**Attorneys for RAM Construction**

Charleston, South Carolina

August 18, 2016